ACCEPTED
12-14-00034-cv
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/2/2015 11:29:59 AM
CATHY LUSK
CLERK

No. 12-14-00034-CV

In the

Twelfth Court of Appeals

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/2/2015 11:29:59 AM
CATHY S. LUSK
Clerk

John Allen and Angela Allen

*Appellants,*

v.

Enbridge G & P (East Texas) L.P.

*Appellee.*

## Appellants' <u>Unopposed</u> Motion to Reschedule Oral Argument

TO THE HONORABLE COURT OF APPEALS:

Appellants John and Angela Allen ask the Court to reschedule oral argument in this case from June 16, 2015, because the Allens' lead counsel, Karl Hoppess, will be out of the country from June 12, 2015 through June 20, 2015. **Appellants request that the Court reschedule argument for one of the following dates: June 24, 25, 29, or 30; July 1-10, 15-17, or 27-31; August 3-7 or 31; September 1-4, 10-11, or 24-25; or October 1-9.**

1

1.      **Appellee Enbridge G & P (East Texas) L.P. has advised that it does not oppose this request**.

2.      **Oral Argument in this case is currently scheduled for 8:30 a.m. on June 16, 2015**.

3.      **This is the Allens' first request for postponement of argument. However, Enbridge's prior request for postponement was granted.**

4.      **The following facts justify the relief requested**:

The Allens' lead counsel, Karl Hoppess, will be attending the American Bar Association's Magna Carta celebration on Runnymede Plain outside London from June 12 until June 20, 2015.

5.      The Allens respectfully request that the Court reset this case for oral argument on a date after June 20, 2014, and *not* on the following dates, on which the Allens' counsel will be occupied on the following matters:

- **June 22-23, 2015** – On June 23 at 9:00 a.m., Darrin Walker will be attending the hearing on Defendants' Traditional and No-Evidence Motion for Summary Judgment and Defendant's Motion for Partial Summary Judgment on Plaintiff's "Bad Faith Pooling" Claims in Cause No. 11-03-21722-CV in the 25th District Court of Lavaca County, Texas, styled Harvey Renger, Jr. et al. v. Crown Gas, L.P. et al.  This hearing will take place in Seguin, Texas, so Walker will have to travel to Seguin on June 22.

- **June 26, 2015** –  On June 26 at 9:00 a.m., Darrin Walker will be attending the pre-trial hearing in Cause No. 11-3019-B in the 114th

District Court of Smith County, Texas, styled Brown-Eyed Girl, LLC d/b/a Leigh Oliver's et al. v. Truck Insurance Exchange et al.

- **July 13-14, 2015** – Darrin Walker will be attending the trial in Cause No. CC-13-05900-A in the County Court at Law No. 1 of Dallas County, Texas, styled Lakeview Heights Addition Property Owner's Association et al. v. BCH Development, LLC et al.

- **July 20-24** – Karl Hoppess will be attending the trial in Cause No. CI049089 in the County Court of Law No. 2, Brazoria County, Texas, styled Seaway Crude Pipeline Company, LLC v. Expre Realty, Ltd.

- **August 10-14, 2015** – Karl Hoppess will be attending the trial in Cause No. 14-000569-CV-361 in the 361st District Court of Brazos County, Texas, styled Curtis Capps v. The Known and Unknown Heirs of Alex Scott, et al.

- **August 17-21, 2015** – Darrin Walker will be attending the trial in Cause No. 11,CV-31,555 in the District Court of Shelby County, Texas, styled Connie Hooper v. XTO Energy, Inc.

- **August 24-28, 2015** – Karl Hoppess will be attending the trial in Cause No. 476 in the County Court at Law No. 2, of Brazos County, Texas, styled The State of Texas v. Tracy Schieffer, et al. Also, at 9:00 a.m. on **August 26, 2015**, Darrin Walker will be attending a pre-trial hearing in Cause No. C1429967 in the 145th District Court of Nacogdoches County, Texas, styled John Battles v. Bryan Adam Bush et al. This will require Walker to travel to Nacogdoches on August 25, 2015.

- **September 8-9, 2015** – At 9:00 a.m. on September 9, 2015, Darrin Walker will be attending the pre-trial hearing in Cause No. 11-03-21722-CV in the 25th District Court of Lavaca County, Texas, styled Harvey Renger, Jr. et al. v. Crown Gas, L.P. et al. This will require Walker to travel to Lavaca County on September 8, 2015.

- **September 14-23, 2015** – Darrin Walker will be attending the trial in

Cause No. 11-3019-B in the 114th District Court of Smith County, Texas, styled Brown-Eyed Girl, LLC d/b/a Leigh Oliver's et al. v. Truck Insurance Exchange et al.  Also, from **September 14-17, 2015**, Karl Hoppess will be attending the trial in Cause No. 477 in the County Court at Law No. 2, of Brazos County, Texas, styled The State of Texas v. Tracy Schieffer, et al.  This is a different case than the one Hoppess will be trying August 24-28, 2015, which is mentioned above.

- **September 28-30, 2015** – Karl Hoppess will be attending the trial in Cause No. 7529 in the County Court at Law, of Cherokee County, Texas, styled Billie Ruth Goforth Stone and Jane Goforth Richards v. Enbridge Pipelines (East Texas), L.P.

- **October 13-23, 2015** – Darrin Walker will be attending the trial in Cause No. 11-03-21722-CV in the 25th District Court of Lavaca County, Texas, styled Harvey Renger, Jr. et al. v. Crown Gas, L.P. et al.

6.     This rescheduling is sought so that the merits might be presented in the most helpful manner for the Court, and not for purposes of delay.

7.     The facts stated in this motion are either within the Court's knowledge in its official capacity or within the personal knowledge of the undersigned counsel, so no affidavit is required under Texas Rule of Appellate Procedure 10.2.

WHEREFORE, Appellants respectfully pray for the relief sought herein.

Respectfully submitted,

KARL C. HOPPESS & ASSOCIATES, P.C.
8200 Wednesbury, Suite 420
Houston, Texas 77074
Ph.: (713) 651-9777
Fax: (713) 651-1620
kchoppess@swbell.net

By:   /s/ Karl C. Hoppess
        Karl C. Hoppess
        State Bar No.: 09990000

**LAW OFFICE OF DARRIN WALKER**
6134 Riverchase Glen Dr.
Kingwood, Texas 77345
(281) 358-2295 (telephone)
(281) 358-5602 (facsimile)
darrinwalker@embarqmail.com

By:   /s/ Darrin Walker
        Darrin Walker
        State Bar No.: 00788600

*Counsel for Appellants*

### Certificate of Conference

I certify that on May 27, 2015, I conferred via  with Appellee's counsel Hon. Julie Wright, and Ms. Wright kindly advised that Appellee is not opposed to this motion.

        /s/ Darrin Walker
        Darrin Walker

### Certificate of Service

I hereby certify that the foregoing motion has been provided to counsel listed below in the manner indicated on this 2nd day of June, 2015.

c.c.    Julie Wright        via electronic delivery and
        Attorney for Appellee    email to jpw@flowersdavis.com

        /s/ Darrin Walker
        Darrin Walker